**Juan G. EVORA, Plaintiff—Appellant,**

v.

**R.A. MARTIN, Major, Deputy Superintendent; V. Carter, Ombudsman; Superintendent, Defendants—Appellees.**

No. 05–6158.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2005.

Decided May 25, 2005.

Juan G. Evora, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Juan G. Evora appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Evora v. Superintendent,* No. CA–04–549–3 (E.D.Va. Jan. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*